1  Arthur A. Navarette (SBN 159973)
   Law Offices Of Arthur Albert Navarette
2  1625 The Alameda, Suite 700
   San Jose, CA 95126
3  Telephone: (408) 275-9500
   Facsimile: (408) 275-9131
4

5  Attorney for Plaintiffs
   Maritza Limon and Sandra Cortez
6

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  MARITZA LIMON and SANDRA          Case No. C07-01908 JW
    CORTEZ,
12
           Plaintiffs,                STIPULATION [AND PROPOSED
13                                    ORDER] REGARDING CONTINUANCE
    vs.                               OF INITIAL CASE MANAGEMENT
14                                    CONFERENCE
    CHIPOTLE MEXICAN GRILL, INC.; and
15  DOES 1 through 100, inclusive,

16         Defendants.

17

18         WHEREAS this case is currently set for an Initial Case Management Conference on September

19  17, 2007 at 10:00 a.m., and,

20         WHEREAS Arthur A. Navarette, counsel for plaintiffs Maritza Limon and Sandra Cortez, will

21  be out of the country on a pre-planned vacation beginning September 12, 2007 and not returning to the

22  office until October 1, 2007, and,

23         WHEREAS counsel for all parties have agreed that they are available to participate in an Initial

24  Case Management Conference on October 15, 2007,

25         IT IS HEREBY STIPULATED BY THE PARTIES, through their counsel of record, that,

26  subject to the order of the court, the Initial Case Management Conference will be held in this case on

27  October 15, 2007 at 10:00 a.m.

28                                              1

---

Maritza Limon, et al. v. Chipotle        Stipulation [and Proposed Order] Regarding      Case No. C07-01908 JW
Mexican Grill, Inc., et al.              Continuance of Initial Case Management Conference

1  The Joint Case Management Conference Statement shall be filed with the court by October 8,
2  2007.

4  Dated: August ___, 2007                     Law Offices Of Arthur Albert Navarette

6                                              By: _____
7                                                  Arthur A. Navarette, Attorney for
                                                   Plaintiffs Maritza Limon and Sandra Cortez

9  Dated: August 27, 2007                      Messner & Reeves LLC

11                                             By: _____
                                                   John K. Shunk, Attorneys for
12                                                 Defendant Chipotle Mexican Grill, Inc.

14 Dated: August___, 2007                      Carroll, Burdick & McDonough LLP

16                                             By: _____
17                                                 Svetlana M. Rishina, Attorneys for
                                                   Defendant Chipotle Mexican Grill, Inc.

20     IT IS SO ORDERED.

22 Dated:_____              _____
23                                             Honorable James Ware
                                               United States District Judge

28                                             2

---

| Maritza Limon, et al. v. Chipotle Mexican Grill, Inc., et al. | Stipulation [and Proposed Order] Regarding Continuance of Initial Case Management Conference | Case No. C07-01908 JW |

1  The Joint Case Management Conference Statement shall be filed with the court by October 8,
2  2007.
3
4  Dated: August 27, 2007                    Law Offices Of Arthur Albert Navarette
5
6                                            By: _____
7                                                Arthur A. Navarette, Attorney for
                                                 Plaintiffs Maritza Limon and Sandra Cortez
8
9  Dated: August ___, 2007                   Messner & Reeves LLC
10
11                                           By: _____
12                                               John K. Shunk, Attorneys for
                                                 Defendant Chipotle Mexican Grill, Inc.
13
14 Dated: August 27, 2007                    Carroll, Burdick & McDonough LLP
15
16                                           By: _____
17                                               Svetlana M. Rishina, Attorneys for
                                                 Defendant Chipotle Mexican Grill, Inc.
18
19
20     IT IS SO ORDERED.
21
22 Dated: August 28, 2007                    _____
23                                           Honorable James Ware
                                             United States District Judge
24
25
26
27
28
                                             2
Maritza Limon, et al. v. Chipotle        Stipulation [and Proposed Order] Regarding        Case No. C07-01908 JW
Mexican Grill, Inc., et al.              Continuance of Initial Case Management Conference