1  John K. Shunk, No. 16204
2  Tanya E. Milligan, No. 34995
   **MESSNER & REEVES, LLC**
3  1430 Wynkoop Street, Suite 400
   Denver, CO 80202
4  Telephone: (303) 623-1800
   Facsimile: (303) 623-0552
5  Attorneys for Defendant

6  Arthur A. Navarette
   Brian Shawes
7  Law Offices of Arthur Albert Navarette
   1625 The Alameda, Suite 700
8  San Jose, CA 95126
   Telephone: (408) 275-9500
9  Facsimile: (408) 275-9131
   navarettelaw@sbcglobal.net
10 shaweslawfirm@earthlink.net
   Attorneys for Plaintiffs

GRANTED
Judge James Ware
1/8/2008

CHIPOTLE MEXICAN GRILL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARITZA LIMON and SANDRA CORTEZ,<br><br>      Plaintiffs,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC.; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No.  C 07-01908 JW<br><br>**ORDER RE:  JOINT MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES** |

**UPON CONSIDERATION** of the Joint Motion for Extension of Time to Designate Expert Disclosures, and the Court being fully advised in the premises, it is:

{00169667 / 1}                                              1

**HEREBY ORDERED** that the deadline for expert disclosures is extended to 33 days before the close of discovery (February 6, 2008), and the deadline for rebuttal expert disclosures is extended to 19 days before the close of discovery (February 20, 2008).

This extension does not affect the deadlines set in the Court's Scheduling Order on October 11, 2007. Any further requests for continuance of the scheduling deadlines from that order should extend all related scheduling dates.

BY THE COURT:

Date: January 8, 2008

*/s/ James Ware*

JAMES WARE
United States District Judge

{00169667 / 1}　　　　　　　　　　　2

Maritza Limon, et al. v. Chipotle　　Joint Motion for Extension of Time to Designate　　Case No. C 07-01908 JW
Mexican Grill, Inc., et al.　　　　Expert Witnesses